**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6434**

_____

TROY HOLMES,

        Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00274-JPB)

_____

Submitted:  July 25, 2023                            Decided:  July 28, 2023

_____

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Troy Holmes, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Holmes, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Holmes' 28 U.S.C. § 2241 petition in which he sought to challenge his carjacking and firearm possession convictions and resulting sentence by way of the savings clause in 28 U.S.C. § 2255(e).* In light of the Supreme Court's recent decision in *Jones v. Hendrix*, 599 U.S. ____, No. 21-857, 2023 WL 4110233, at *7-9 (U.S. June 22, 2023) (holding that 28 U.S.C. § 2255(h) provides the only two exceptions to Antiterrorism and Effective Death Penalty Act of 1996's rule against second or successive collateral attacks on a criminal judgment), we conclude that Holmes cannot pursue his claims in a § 2241 petition.

Accordingly, we affirm the district court's order. *Holmes v. United States*, No. 5:22-cv-00274-JPB (N.D.W. Va. Apr. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Holmes confines his appellate arguments to the district court's dismissal of his claims challenging his convictions.